# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC._SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION_This documents relates to:_**Willington v Medtronic, Inc.**_**09-cv-01865** | MDL NO. 08-1905 (RHK/JSM)_**ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S MOTION TO DISMISS** |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 18), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the action styled Willington v. Medtronic, Inc., Civil Action No. 09-cv-01865, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 10, 2011

> s/Richard H. Kyle
> RICHARD H. KYLE
> United States District Judge